JS-44 (Rev. 11/2020 DC)

# CIVIL COVER SHEET

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Law Firm of Larjack, PLLC and Steve Larson-Jackson 1629 K Street, N.W., Suite 300, Washington, D.C. 20006 | Citibank, 3241 14th Street, N.W., Washington, D.C. 20010 |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **WAsh. D C.**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **wAsh. D. C.**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Wendell C. Robinson, 7600 Georgia Ave. N.W.,Suite 203
Washington, D.C. 20012

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ⊙ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ⊙ 1 | ⊙ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

| ○ A. Antitrust | ○ B. Personal Injury/ Malpractice | ○ C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane ☐ 315 Airplane Product Liability ☐ 320 Assault, Libel & Slander ☐ 330 Federal Employers Liability ☐ 340 Marine ☐ 345 Marine Product Liability ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability ☐ 360 Other Personal Injury ☐ 362 Medical Malpractice ☐ 365 Product Liability ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability ☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act **Social Security** ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) **Other Statutes** ☐ 891 Agricultural Acts ☐ 893 Environmental Matters ☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment. *(If Antitrust, then A governs)* |

| ⊙ E. General Civil (Other) | | OR | ○ F. Pro Se General Civil | |
|---|---|---|---|---|
| **Real Property** ☐ 210 Land Condemnation ☐ 220 Foreclosure ☐ 230 Rent, Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability ☐ 290 All Other Real Property **Personal Property** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | **Bankruptcy** ☐ 422 Appeal 27 USC 158 ☐ 423 Withdrawal 28 USC 157 **Prisoner Petitions** ☐ 535 Death Penalty ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Conditions ☐ 560 Civil Detainee – Conditions of Confinement **Property Rights** ☐ 820 Copyrights ☐ 830 Patent ☐ 835 Patent – Abbreviated New Drug Application ☐ 840 Trademark ☐ 880 Defend Trade Secrets Act of 2016 (DTSA) | | **Federal Tax Suits** ☐ 870 Taxes (US plaintiff or defendant) ☐ 871 IRS-Third Party 26 USC 7609 **Forfeiture/Penalty** ☐ 625 Drug Related Seizure of Property 21 USC 881 ☐ 690 Other **Other Statutes** ☐ 375 False Claims Act ☐ 376 Qui Tam (31 USC 3729(a)) ☐ 400 State Reapportionment ☐ 430 Banks & Banking ☐ 450 Commerce/ICC Rates/etc ☐ 460 Deportation ☐ 462 Naturalization Application | ☐ 465 Other Immigration Actions ☐ 470 Racketeer Influenced & Corrupt Organization ☐ 480 Consumer Credit ☐ 485 Telephone Consumer Protection Act (TCPA) ☐ 490 Cable/Satellite TV ☐ 850 Securities/Commodities/ Exchange ☐ 896 Arbitration ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision ☐ 950 Constitutionality of State Statutes ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act) |

| ○ G. Habeas Corpus/ 2255 | ○ H. Employment Discrimination | ○ I. FOIA/Privacy Act | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |

| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi-district Litigation   ○ 7 Appeal to District Judge from Mag. Judge   ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
26USCSec. 108, 28USC 2201, bank incorrectly sent Plaintiff a cancellation of indebtedness for 2020 for acts in 2017.

| VII. REQUESTED IN COMPLAINT | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ 374,104.00<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☐   NO ☒ |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instruction) | YES ☐   NO ☒ | If yes, please complete related case form |
|---|---|---|---|

DATE: June 10, 2021    SIGNATURE OF ATTORNEY OF RECORD *Wendell C. Robinson*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI.  CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia ▼

Law Firm of Larjack, PLLC
1629 K Street, N.W., Suite 300,
Washington, D.C. 20006 and Steve Larson-Jackson
1629 K Street, N.W.,Suite 300

*Plaintiff(s)*

v.                                                                Civil Action No.

Citibank
3241 14th Street, N.W.
Washington, D.C. 20010

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Citibank
3241 14th Street, N.W.,
Washington, D.C. 20010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Wendell C. Robinson, Esq.
7600 Georgia Ave. N.W., Suite 203
Washington, D.C. 20012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____                         _____
                                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT'
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Law Firm of Larjack, PLLC<br>1629 K Street, NW, Suite 300<br>Washington, DC   20006<br><br>Steve Larson-Jackson<br>1629 K Street, NW., Suite 300<br>Washington, D.C. 20006<br><br>        Plaintiffs,<br><br><br>    v.<br><br>Citibank, NA<br>3241 14th Street, NW<br>Washington, DC  20010<br><br>    Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

Civil Action No._____

## COMPLAINT FOR A DECLARATORY JUDGMENT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENCE, AND FRAUD .

The Plaintiff, Law Firm of Larjack, PLLC, a District of Columbia Limited Liability Company, ("Larjack,") and Steve Larson-Jackson, ("Larson-Jackson"), are suing Citibank, NA, ("Bank"), on the grounds hereinafter stated:

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to: **26 U.S. Code § 108, 28 U.S.C. § 1331, and 28 U.S.C., § 2201.**

2. This Court has venue pursuant to: **28 U.S.C. § 1391**(b)(1),(2) because the defendant conducts business, in the District of Columbia, and the events that gives rise to this cause of action took place there.

1

## PARTIES

3.  Larjack is a single member limited liability company organized and operating under the laws of the District of Columbia. It was operating in that capacity, at all times relevant to this cause of action. Steve Larson-Jackson is its sole member. He was, at all times relevant, to this cause of action, acting in his capacity as its sole member.

4.  Steve Larson-Jackson, Larson-Jackson, is also an attorney licensed to practice law, in the District of Columbia, at all times relevant to this cause of action.

5.  Bank is a national banking association providing general and commercial banking services, in the District of Columbia. It was operating, in that capacity, at all times relevant to this cause of action.

## FACTS

6.  Larson-Jackson entered into an attorney client relationship with Daniel Signori, Signori. **Exhibit # 1**. He told Larson-Jackson that he's a successful business man from Rio de Janeiro. Larson-Jackson told him that it was required to have a written retainer agreement setting forth the terms of their relationship. Signori agreed; but prior to signing their agreement, Larson-Jackson discussed his concerns, with Signori, about: money laundering, the origins of his monies, and the prohibitions against criminal activities. Signori told Larson-Jackson that his money was coming from his oil and gas business and his many real estate properties in Rio de Janeiro and there wouldn't be any problems with the origins of his money.

7.  Larson-Jackson requested the initial payment, pursuant to their agreement, be sent by bank wire. Signori said he preferred sending a check. He told Larson-Jackson he was mailing him a check **Exhibit # 2**, and once received he can cash it at the Bank. Signori's check arrived on August 17, 2016.  **Exhibit # 3**.

2

8. Upon receipt of Signori's check, Larson-Jackson took it to Bank's branch office located at: the intersection of 15th and Vermont Streets, NW, Washington, DC. When he entered it, he spoke to one of its customer service representatives. He told the representative he wanted to deposit a check, into his trust account, but before doing so, he wanted to make sure there were sufficient funds to cover it and there wasn't any problems with it. Bank's representative looked, at the check, looked at it against his computer's screen, got up, from behind his desk, excused himself, and walked away.

9. A little while later, Bank's representative returned, to his desk, with the check. He told Larson-Jackson: ***"The funds are immediately available, there is no problem with the check, please go to the teller window."*** Larson-Jackson took the check to one of Bank's tellers, deposited it into Larjack's trust account, and left the Bank, without incident. After the check was deposited, Bank's teller gave Larson-Jackson a receipt, for the deposited check. **<u>Supra Exhibit # 3</u>**. It shows that Larson-Jackson deposited Signori's check on August 17, 2016, and that the deposited money was: "…Available now." **<u>Id.</u>**

10. Larson-Jackson went to Bank's branch office located at: 3241 14th Street, N.W., Washington, D.C., in either late November or December of 2016, to conduct some banking business. When he tried to do so, he was told that Larjack's trust account was blocked. Larson-Jackson asked why? He did not receive an immediate respond but one of Bank's Representatives picked up a telephone, made a call, and spoke to someone. After finishing the call, the Bank's representative told Larson-Jackson that one of Bank's representatives, in their Delaware office, raised questions about Signori's check that he deposited into Larjack's trust account. Bank's representative told Larson-Jackson that all inquiries about Larjack's blocked account must be directed to Bank's legal department.

3

11.   Larson-Jackson spoke to: Natasha Shepard, Bank's in-house legal counsel. She demanded that Larjack deposit $187,700.00 into its overdrawn trust account. Larson-Jackson refused to do so arguing that neither he or Larjack did anything to cause an overdraft. **Exhibit # 4**.

12. Ms. Shepard told Larson-Jackson that Signori said he did not know Larson-Jackson, or Larjack, that he did not authorize the issuance of the check, that Larson-Jackson deposited, and that his signature was forged. Ms. Shepard also told Larson-Jackson that Signori said he filed a report, with the Miami, Florida, police department, on or about November 21, 2016 indicating that his checks were missing and his signature was forged. A copy of that report has yet to be produced. Although Signori alleges he filed a report, Larson-Jackson and Larjack have not seen it, were not contacted, about the alleged forgery, by any law enforcement agency, after the alleged forged check was deposited into Larjack's account with Bank, until Ms. Shepard told Larson-Jackson about it.

13. Bank sent Larjack an IRS Form 1099-C, Cancellation of Debt, for taxable year 2020 that it sent to the Internal Revenue Service informing it, that it cancelled Larjack's debt of: $187,052.08 because it refused to pay that amount of money it owed Bank. **Exhibit # 5.** The form was sent, to the IRS, approximately four (4) years, after Signori's check was deposited into Larson-Jackson trust account. Bank knew, when it filed the 1099-C, that it was incorrect but it did so willfully, wantonly, intentionally, and maliciously intending to inflict, and cause, Larson-Jackson and Larjack, to suffer extreme emotional and economic distress because of the issues involving the IRS and the inclusion of: $187,052.08 as taxable income, on their tax returns for 2020.

## COUNT I
## DECLARATORY JUDGMENT

14.   Larjack incorporates, by reference, the allegations, in paragraphs 1-13, into this count as fully as if plead herein.

15.   A copy of Signori's check is attached, **Supra, Exhibit #3,**  as Bank's depositor, the money Signori deposited, into Bank, is to be disbursed on his order. When he opened his account, with Bank, he was required to fill out, and sign, a signature card bearing his authorized signature, upon which his checks would be paid, when presented to the Bank, provided the signatures on a presented check, or checks, matched Signori's signature on the signature card on file with Bank.

16.   Bank's protection, against checks presented with unauthorized signatures, is its reliance upon the universally accepted practice that Bank is presumed to know Signori's signature and it'll only pays presented check(s) when Signori's signature, on the presented check(s), matches his authorized signature, on file with Bank, pursuant to: **D.C. Code 28:3-401 Signature**,  it reads:

> **"..(a) A person is liable on an instrument unless (i) the person signed the instrument, or (ii) the person is represented by an agent or representative who signed the instrument and the signature is binding on the represented person under section 28:3-402."**

Bank can be held liable for paying over an authorized signature, unless it can prove that Signori's negligence, for his failure to assert or bring the alleged forged instrument to Bank's attention, in a timely manner. On this point, **D.C. Code 28: 3:406 Negligence contributing to forged signature or alteration of instrument**, is instructive. It reads:

> **"…(a) A person whose failure to exercise ordinary care substantially contributes to an alteration of an instrument or to the making of a forged signature on an instrument is precluded from asserting the alteration or the forgery against a**

5

**person who, in good faith, pays the instrument or takes it for value or for collection..."**

If Bank did not exercise ordinary care, when it pays its depositor's instrument, it can still be held

liable for paying a check with an unauthorized signature. Once again, **D.C. Code Section 3:406**

is instructive, it reads, in pertinent part, under subparagraph (b), as follows:

> **"...(b) Under subsection (a) of this section, if the person asserting the preclusion fails to exercise ordinary care in paying or taking the instrument and that failure substantially contributes to loss, the loss is allocated between the person precluded and the person asserting the preclusion according to the extent to which the failure of each to exercise ordinary care contributed to the loss...."**

17.  The person, or persons, alleging the preclusion, has the burden of proving failure to

exercise ordinary care. The relevant code provision is: **D.C. Code Section 3-406 ( c ).**  It reads:

> **"....Under subsection (a) of this section, the burden of providing failure to exercise ordinary care is on the person asserting the preclusion. Under subsection (b) of this section, the burden of providing failure to exercise ordinary care is on the person precluded...."**

18.  Larjack and Larson-Jackson have presented evidence they did nothing wrong when

they presented Signori's check for payment. It was Bank's obligation to determine if the

signature on Signori's check, matches the one Signori filed, with Bank, when he opened his

account there. When Bank cashed Signori's check, it remains liable for paying it even if Signori

later alleges the preclusion of payment over an unauthorized signature.

19.  Larjack and Larson-Jackson have shown that Larson-Jackson deposited Signori's

check, into Larjack's trust account, with Bank, that after said deposit was made, Bank gave

Larson-Jackson a receipt, for the deposited check, indicating that the money for Signori's check

was *"Available now."*  Larjack and Larson-Jackson have shown, that Bank, prior to accepting

Signori's check for deposit, one or more of its representatives, examined the check to see if it

was valid. They found that it was and Bank noted, on its receipt for the check Larson-Jackson deposited, that its funds were: "…Available now…" **Supra Exhibit # 4**.

20. Larjack and Larson-Jackson are entitled to a declaratory judgment that Bank is liable for the payment of Signori's check, that Larson-Jackson deposited into Larjack's Trust Account on August 17, 2016, that Bank must forthwith withdraw the IRS Form 1099 C, Cancellation of Debt Miscellaneous form, it sent to the IRS, it must immediately re-open Larjack's trust account, pay Larjack and Larson-Jackson's costs, including reasonable attorney fees, and Bank must pay Larjack and Larson-Jackson compensatory and punitive damages in the amount of: $187,052.08, based on the Court's holding in **Harris v. Wagshal**, 343 A.2d 283, Footnote, 13, (D.C. 1975), where the court said:

"…..Since the purpose of punitive damages is to punish and deter intolerable conduct, we do not find it inappropriate to assess damages in a case such as this in proportion to the sum hoped to be gained by the fraud. *See Franklin Investment Corp. v. Homburg, supra* at 99. Measured by this standard, we do not find the award unreasonable…"

**WHEREFORE THE PREMISES CONSIDERED**, Larjack and Larson-Jackson pray that this Court will enter a declaratory judgment, as requested in paragraph 20 above, awarding treble damages, and any other damages this Court deems just and proper.

## COUNT II
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

21. Larjack incorporates, by reference, the allegations in paragraphs 1-20, into this count as fully as if plead herein.

22. As a direct result, and proximate cause, of Bank's intentional acts, done willfully, wantonly, maliciously, and intentionally, Larson-Jackson was caused to suffer emotional distress and he continues to do so.

7

**Wherefore, the premises considered**, Larson-Jackson and Larjack demands judgment, against Bank, in the amount of: $187,052.08 in compensatory damages and $187,052.00 in punitive damages.

## COUNT III
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

23.  Larjack incorporates, by reference, the allegations in paragraphs 1-22, into this count as fully as if plead herein.

24. As a direct result, and proximate cause, of Bank's acts done willfully, wantonly, maliciously, and intentionally, Larson-Jackson was caused to suffer emotional distress and he continues to do so.

**Wherefore, the premises considered**, Larson-Jackson and Larjack demands judgment, against Bank, in the amount of: $187,052.08 in compensatory damages and $187,052.00 in punitive damages.

## COUNT IV
## NEGLIGENCE

25.  Larjack incorporates, by reference, the allegations in paragraphs 1-24, into this count as fully as if plead herein.

26. As a direct result, and proximate cause, of Bank's negligent acts, Larson-Jackson was caused to suffer emotional distress and he continues to do so.

**Wherefore, the premises considered**, Larson-Jackson and Larjack demands judgment, against Bank, in the amount of: $187,052.08 in compensatory damages and $187,052.00 in punitive damages.

## COUNT V
## FRAUD

27.  Larjack incorporates, by reference, the allegations in paragraphs 1-26, into this count as fully as if plead herein.

28.  As a direct result, and proximate cause, of Bank's fraudulent and intentional misrepresentation of material fact(s), by filing an IRS Form 1099 C Cancellation of Debt, against Larjack, knowing it to be false, that was done: willfully, wantonly, maliciously, and intentionally, Larson-Jackson was caused to suffer emotional distress and he continues to do so.

**Wherefore, the premises considered**, Larson-Jackson and Larjack demands judgment, against Bank, in the amount of: $187,052.08 in compensatory damages and $187,052.00 in punitive damages.

Respectfully submitted,

Wendell C. Robinson, 377091
7600 Georgia Avenue, NW, Suite 203
Washington, DC  20012
Tel.: 202-223-4470
Fax: 202-729-9060
Email: Grindstonelaw@aol.com
*Attorney for Plaintiffs*

9

**Exhibit # 1**

# LAW FIRM OF LARJACK, PLLC

(A District of Columbia Corporation)

1629 K Street, NW, Suite 300
Washington, DC  20006



## LOAN  INVESTMENT AGREEMENT

**Borrower: Law Firm of LarJack, PLLC**  of 1629 K Street, NW, Suite 300,

Washington, DC 20006 (hereinafter refereed to as the "Borrower") and the parties hereto

understand and agree, the law firm is the agent for ████████████████████████

████████████████████████████████████████████ hereinafter referred to

as the third party,


**Lender: Daniel Signori of Rua Coronel Dulcidio, 1205, APTO 181, Curitiba Parana,**

**Brazil 80250-100**  (hereinafter referred to as the "Lender").


**PRINCIPAL AMOUNT:** $620,000.00 (SIX HUNDRED AND TWENTY THOUSAND
DOLLARS) AND INTEREST AT THE RATE OF TEN PERCENT (10%) PER
ANNUM.

      1.     FOR VALUE RECEIVED, The Borrower promises to pay to the lender at

such address as may be provided in writing to the Borrower, the principal sum of plus ten

percent.  The lender has provided the sum of $187,700.00 (ONE HUNDRED EIGHTY-

SEVEN THOUSAND, SEVEN HUNRED DOLLARS UNITED STATES

DOLLARS).via a personal check written on Citibank. The true beneficial owner of the

funds represents the funds are clear, clean and independent of criminal origin and does

not violate the federal laws of the United States, specifically, the Patriot Act, or other law designed to eliminate money laundering and other unlawful activities.

2.      The lender understands and agrees a third party shall have use of the funds but the underlying commodities transaction cannot be completed until the full amount of $620,000.,00 (Six Hundred and Twenty Thousand United States Dollars) has been tendered.  The lender has indicated the funds will be provided in increments in a manner that allows for the judicious monitoring of the funds. The lender funder agrees to employ it s resources with respect to monitoring the funds.

3.      The full repayment of the funds cannot occur until all of the funds have been provided to complete the underlying project.  After all the funds have been comprised together, the third party must use said funds to buy and sale certain commodities, generate a profit and from said profit, repayment the lender/ Investor the principal, interest, and return on the investment.

4.      This Note will be paid in full on or before expiration of Twenty-One (21) days from commencement of the underlying project. The date shall be on September 9Th 2016.

5.      The parties to this Agreement agree the borrower will repay the sum to the Lender via irrevocable wire transfer Citibank, NA.

6.      The role of the law firm is twofold: One we receive the funds from the lender and then we provide an overview and guidance to the parties actually using the funds. The lender understands our fiduciary duty is first and foremost to the party using the funds.  The law firm shall be compensated at the rate of $100,000.00 (ONE HUNDRED THOUSAND DOLLARS) for it services and activities in the funding

process. The flow of funds is as follows: from lender/investor to law firm, then law firm

end users and from end users back to law firm and from the law firm to the lender

(investor).

7.      The lender (investor) is clear it is the end user who has the responsibility

for repayment of its funds, not the law firm. The law firm is not the end user of the funds,

the third party is the end user. The investor/lender is properly aware of the activities,

business and activities of the end user. The end user has assured the investor, all activities

are lawful and not the product of any illegal activities whatsoever.

8.      All costs, expenses and  expenditures including and without  limitation,

the complete legal costs incurred by the Lender in enforcing this Note as a result of any

default by the Borrower, will be added to the principal then outstanding and will

immediately be paid by the Borrower.

9.      If any term, covenant, condition or provision of this Agreement is held by

a court of competent jurisdiction to be invalid, void or unenforceable, it is the parties'

intent that such provision be reduced in scope by the court only to the extent deemed

necessary by that court to tender the provisions reasonable and enforceable and the

remainder of the provisions of this Note will in no way be affected, impaired or

invalidated as a result. Banking coordinates for wiring instructions are listed below for

Borrower and Lender respectively.

10.      This Agreement will inure to the benefit of the and be binding upon the

respective heirs, executors, administrators, successors and assigns of the Borrower and

the Lender. The Borrower waives presentment for payment, notice of non-payment,

protest and notice of protest. This Agreement cannot be transferred, assigned, or

conveyed to a third party without the express written consent of the other party. This Note and Agreement shall only become effective if the Borrower receives the subject loan proceeds via wire transfer. The parties hereto agree the law firm is only standing in the shoe of the end user. The law firm is certainly not the end user.

11.    This Agreement contains the entire agreement of the parties. This agreement may be modified or amended only with the express, written consent, of Lender and Borrower.

12.    In the event the parties have a dispute that arises out of this agreement, the dispute shall be resolved via arbitration before the America Arbitration Association using the rules they have in effect at the time before a panel of three arbitrators. The situs of the arbitration shall be the location of the agree bed party.

13.    This Agreement shall be construed in accordance with the law of the District of Columbia. This Agreement consists of three (3) typewritten pages.

*IN WITNESS WHEREOF* the Borrower and Lender have duly affixed their signatures on this Agreement on this 19th day of August, 2016 in the District of Columbia.

*SIGNED SEAL AND DELIVERED*

BORROWER: A██████████
████████████████████

By: ███████████
/ Steve Larson Jackson

LENDER: MR. Daniel Signori
████████████████
████████████████████

By: _____
       Daniel Signori

**Banking coordinates for wiring instructions:**

**Account Name: Daniel Signori**
**Account Number:** ████████
**ABA number:** ████████
**Bank Name: Citibank**
**Bank Branch Address:** ████████████████████████████
████████

**Beneficiary Address: of** ██████████████████████████
███████████████████████.

WRITE FIRMLY WITH BALL POINT PEN OR HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**UNITED STATES POSTAL SERVICE**

EXPRESS MAIL

Exhibit # 2

FROM: (PLEASE PRINT)    PHONE (

TO: (PLEASE PRINT)    PHONE (

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

☐ SIGNATURE REQUIRED

☐ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
☐ $100.00 insurance included.

Flat Rate
Mailing Envelope
For Domestic and International Use
Visit us at usps.com

**UNITED STATES POSTAL SERVICE**

EL385433215US

PRIORITY
★ MAIL ★
EXPRESS™

PO ZIP Code

Date Accepted (MM/DD/YY)

Time Accepted    ☐ AM  ☐ PM

Weight    ☐ Flat Rate

Delivery Attempt (MM/DD/YY)    Time  ☐ AM  ☐ PM

Scheduled Delivery Date (MM/DD/YY)

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

Postage

COD Fee    Insurance Fee

Return Receipt Fee    Live Animal Transportation Fee

Total Postage & Fees

When used Internati
affix customs declar
(PS Form 2976, or 2



Please recycle.



    

EP13

3-ADDRESSEE COPY

**Exhibit # 3**



DANIEL SIGNORI,

319737472

103

citibank®
CITIBANK, N.A., Br. #511
1401 Brickell Avenue #100
Miami FL 33131

Pay to the order of THE LAW FIRM OF WERNICK PLLC   Date Aug 16, 2016   $187,700

One Hundred Eighty Seven Thousand Seven Hundred Dollars

Memo

MP

FA Financial Center
008 (00912)McPherson Square
Transaction
Deposit                $187,700.00
On deposit             $187,854.36
Available now          $187,804.36

Transaction Receipt                Aug 17,
Card Number     ends in 174       03:48PM
Amount
Description     To Checking
                xxxxxxx074
                ref 029-02 PIC

STEPHEN LARSON-JACKSON
Thank you for banking with Citibank

**PLAINTIFF'S EXHIBIT B**

CITIBANK

Citibank CBO Services      937

000
CITIBANK, N. A.

00043566
1202

LAW FIRM OF LARJACK PLLC
Attorney Trust

Statement Period
Jan 1 - Jan 31, 2017

Exhibit # 4

Page 1 of 3

## CitiEscrow CONTROL ACCOUNT DETAIL FROM JAN 1, 2017 THRU JAN 31, 2017

### CitiEscrow Control Checking

| | Beginning Balance: | $647.92 |
|---|---|---|
| | Ending Balance: | $187,052.08- |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/06 | OTHER WITHDRAWAL/ADJ | 187,700.00 | | 187,052.08- |
| 01/31 | INTEREST EARNED | | 0.02 | 187,052.06- |
| 01/31 | INTEREST DEBIT | 0.02 | | 187,052.08- |
| | Total Debits/Credits | 187,700.02 | 0.02 | |

| Your CitiEscrow Control Checking Account Rates | | | | |
|---|---|---|---|---|
| For Balances of: | $0 to $99,999 | $100,000 to $249,999 | $250,000 to $999,999 | $1,000,000 and over |
| 1/01 - 1/31 | 0.200% | 0.200% | 0.200% | 0.200% |

### Average Balance Information

| | |
|---|---|
| Average Ledger Balance this Statement Period | 156,777.88- |
| Average Collected Balance this Statement Period | 156,777.88- |
| Total Interest Earned Since Jan 1 | 0.02 |

63

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>CITIBANK, N.A.<br>2 COURT SQUARE - 8TH FLOOR<br>LONG ISLAND CITY, NY 11101<br><br>(886) 517-0282          CITIPHONE BANKING | 1 Date of identifiable event<br>12/31/2020 | OMB No. 1545-1424 | |
|---|---|---|---|
| | 2 Amount of debt discharged<br>$ 187,052.08 | 20**20** | **Cancellation of Debt** |
| | 3 Interest, if included in box 2<br>$ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | 4 Debt description<br>OVERDRAFT LOAN | Copy B<br>For Debtor |
|---|---|---|---|
| DEBTOR'S name<br>**LAW FIRM OF LARJACK PLLC**<br><br>S̶t̶r̶e̶e̶t̶ ̶a̶d̶d̶r̶e̶s̶s̶ (including apt. no.)<br>300<br><br>**WASHINGTON, DC 20006** | | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . ▶ ☒ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Account number (see instructions)<br>▬▬▬▬▬▬ | | 6 Identifiable event code<br>G | 7 Fair market value of property<br>$ | |

Form **1099-C**          (keep for your records)          www.irs.gov/Form1099C          Department of the Treasury - Internal Revenue Service

**Exhibit # 5**

CITIBANK, N.A.
CITIBANK SERVICE CENTER
P. O. BOX 769018
SAN ANTONIO, TX 78245-9018

002714 CTTAXOD1 002714
LAW FIRM OF LARJACK PLLC
1629 K STREET NW
300
WASHINGTON, DC 20006





E

002714 CTTAXOD1 002714 000000

S

CO-386
10/2018

# United States District Court
# For the District of Columbia

Law Firm of Larjack, PLLC. et al                  )
                                                  )
                                                  )
                                                  )
                        vs          Plaintiff     )     Civil Action No._____
                                                  )
Citibank                                          )
                                                  )
                                                  )
                                    Defendant     )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for  the Plaintiffs _____  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _____  which  have

any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Wendell C. Robinson*
Signature

377091 _____          Wendell C. Robinson _____
BAR IDENTIFICATION NO.                  Print Name

                                        7600 Ga. Ave. N.W., Suite 203 _____
                                        Address

                                        Washington, D.C. 20012 _____
                                        City              State        Zip Code

                                        202-223-4470 _____
                                        Phone Number

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

*ANGELA D. CAESAR*
*Clerk of Court*

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in the delay in the trial of civil cases.  Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to trial of your case by a United States Magistrate Judge. By statute, 28 USC §636(c), Fed.R.Civ.P. 73 and Local Civil Rule 73.1, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a United States District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Civil Rule 16.3 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial

All parties must consent before the case is assigned to a Magistrate Judge for trial.  You may consent at any time prior to trial.  If you expressly decline to consent or simply fail to consent early in the case, you are <u>not</u> foreclosed from consenting later in the case.  However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Counsel for the plaintiff has been furnished a copy of the "Consent to Proceed Before a United States Magistrate Judge for all Purposes" form.  If and when the form is executed, your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively.  The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form the case will be randomly assigned for all purposes to a Magistrate Judge.

n:\Forms\Notice of Right to Consent to Trial
CO-942A Rev. 2/17

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Law Firm of Larjack, PLLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Citibank | ) |
| *Defendant* | ) |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Law Firm of Larjack, PLLC | *Wendell C. Johnson* | 06/10/2021 |
| | | |
| | | |

## Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                    _____
                                         *District Judge's signature*

                                         _____
                                         *Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.